OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
228 WALNUT STREET
P.O. BOX 983
HARRISBURG, PA 17108

OFFICIAL BUSINESS

RECEIVED
OCT 29 2004
E. D'ANDREA, CLERK

E. D'ANDREA
660 STATE RT 11 (correct)
HUNLOCK CREEK PA 18621-3136

HARRISBURG PA 1107
26 OCT 2004 PM

RTS — RETURN TO SENDER
☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☒ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

Case No: 1:00-cr-00336-SHR   Document No: 102, User: ma, 1 Copy Printed: Oct, 25, 2004 04:44 PM

Anthony Mayo
SCI-Retreat
RD #1
Box 500
Hunlock Creek, PA 18621-9580