# ORIGi

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE

DISTRICT OF PENNSYLVANIA .

sitting at Harrisburg .

United States of America

       v.           ,        No. #1:CR-00-336-02

Antony Mayo,

       (Defendant).         U.S. Judge Sylvia H. Rambo.

## MOTION FOR APPOINTMENT OF COUNSEL
## 28 U.S.C. 2241

**NOW COMES,** the Defendant Anthony Mayo, who deposes that he is the Defendant and represents himself pro-se (Herein out Defendant).

1.) The Defendant was convicted of one (1) account Possession of a Firearm by Convicted Felon: **18 U.S.C. 922, (g), (1).** Defendant was sentenced by this Honorable Court to a term of two hundred seventy-six (276) months, by the Honorable Judge Sylvia H. Rambo. Sentence was deferred.

2.) This Defendant is filing a **Motion for Appointment of Counsel,** to seek Counsel in representing Defendant in perfecting an appeal in regards to the legality of sentence / collateral attack of the sentence. **28 U.S.C. 2241.**

3. The Defendant avers, that Defendant can not afford the cost of representation. Defendant is not knowledgeable to the appeals process of filing such an appeal. Defendant is not afforded the proper format or forms of the 28 U.S.C. 2241, rather the prison law library only carries the 2255 Habeas Corpus forms for federal prisoners. The Defendant is at an disadvantage and would like to perfect an appeal properly without a jailhouse lawyer's skill and knowledge. In obtaining a lawyer would give the Defendant the

proper opportunity of the skills and knowledge of representation, of perfecting a proper appeal. Defendant also avers, that the United States; would not be prejudiced by the granting of the appointment of counsel, due to the fact that the Defendant is challenging any sufficiency of the evidence or Habeas Corpus review. All Defendant is challenging is the legality of sentence.                                    .

4.)    Defendant is currently in a State Correctional institution, which is the State Correctional Institution of Retreat, located in Hunlock Creek, Pennsylvania. The law library is limited and is not aquire in the federal levels of the books or computers, nor does the state carry the federal forms attacking the legality of sentence under 2244 supra. The Defendant respectfully requests this Honorable Court to issue an **ORDER, GRANTING** the Defendant ample opportunity of representation.

**WHEREFORE,** the Defendant prays to this Honorable Court to **GRANT** his **MOTION FOR APPOINTMENT OF COUNSEL,** due to the foregoing above, so that the means of justice may be served.

RESPECTFULLY SUBMITTED,

c.c.:file.

Anthony Mayo, Defendant / Pro-se.
CB-0016
S.C.I. Retreat
660 State Route 11
Hunlock Creek, PA        18621-3136

Dated: NOV 22, 04        .

Name _Anthony Nail_

Number _CB-0016_

660 State Route 11
Hunlock Creek, PA 18621-3136

INMATE MAIL
PA DEPT. OF CORRECTIONS

UNITED STATES POSTAGE
PITNEY BOWES
$ 00.37°
02 1A
0004323132    NOV 22 2004
MAILED FROM ZIP CODE 18621

Office of the Clerk

United States District Court

Middle District of Pennsylvania

U.S. Court House

228 Walnut Street

P.O. Box 983

Harrisburg, Pa. 17108

17108+0983 11