IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 1:CR-00-336-02** |
| v. | |
| **ANTHONY MAYO** | |

# **O R D E R**

Before the court is Defendant's motion for appointment of counsel filed November 23, 2004. Defendant filed a similar motion on October 18, 2004 which was denied. For the reasons stated in this court's order dated October 25, 2004, **IT IS HEREBY ORDERED THAT** Defendant's motion for appointment of counsel is **DENIED**.

                                                          s/Sylvia H. Rambo
                                                         Sylvia H. Rambo
                                                         United States District Judge

Dated: November 30, 2004.