IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : **CASE NO. 1:CR-00-336-02**
:
:
**v.** :
:
:
**ANTHONY MAYO** :

# **O R D E R**

The court is in receipt of Petitioner's Notice of Election form in which Petitioner has elected to have the court rule on his motion filed pursuant to 28 U.S.C. § 2255 as filed. Accordingly, **IT IS HEREBY ORDERED THAT:**

1) Petitioner is granted leave to proceed *in forma pauperis.*

2) Respondents shall show cause within twenty (20) days of the date of this order why Petitioner should not be granted habeas corpus relief;

3) A determination as to whether or not Petitioner should be produced for a hearing will be held in abeyance pending the filing of a response; and

4) Petitioner shall, if he so desires, file a reply to the response to the show-cause order within fifteen (15) days of its filing.

               s/Sylvia H. Rambo
               SYLVIA H. RAMBO
               United States District Judge

Dated: May 17, 2005.