September 6, 2005

M.D.P.A. Crim No 00-CR-00336-2
C.A. No 05-3574

Dear, Clerk of courts

    I am requesting conformation on my appealability application that was sent to the courts on Aug. 22, 2005.

Sincerely,

Anthony Mayo

*/s/ Anthony Mayo*

**FILED**
HARRISBURG, PA

SEP 08 2005

MARY E. D'ANDREA, CLERK
Per _____
      Deputy Clerk

Name: Anthony Nay[?]
Number: CB 0616
660 State Route 11
Hunlock Creek, PA 18621-3136
INMATE MAIL
PA DEPT. OF CORRECTIONS

OFFICE OF THE CLERK
United States District Court
Middle District of Pennsylvania

U.S. Court House
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108