CPS-375                                                    September 22, 2005

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **05-3574**

UNITED STATES OF AMERICA

v.

ANTHONY MAYO

(M.D. PA. CRIM. NO. 00-CR-00336-2 )


Present:        ALITO, MCKEE and AMBRO, Circuit Judges

Submitted is appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1);

in the above-captioned case.

Respectfully,

Clerk

MMW/DMP/nf/crg

_____**ORDER**_____

The foregoing request for a certificate of appealability is denied, as jurists of reason could not debate whether the District Court properly denied Appellant's 28 U.S.C. § 2255 motion as untimely filed.  See 28 U.S.C. § 2253 (c) (2); Slack v. McDaniel, 529 U.S. 473, 484 (2000).  Appellant has not established any basis for equitable tolling of the applicable one-year limitations period.  See Miller v. N.J. State Dep't of Corr., 145 F.3d 616, 618 (3d Cir. 1998).

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: October 17, 2005
CRG/cc: Mr. Anthony Mayo
        Christy H. Fawcett, Esq.

**A True Copy:**

Marcia M. Waldron, Clerk