IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:00-cr-0336** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY MAYO** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

**AND NOW** this 29th day of November, 2016, **IT IS HEREBY ORDERED** that Anthony Mayo's motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**. The court declines to issue a certificate of probable cause.

    s/Sylvia Rambo
    SYLVIA H. RAMBO
    United States District Judge