IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:00-cr-0336** |
| | : | |
| **v.** | : | |
| | : | |
| **ANTHONY MAYO** | : | **Judge Sylvia H. Rambo** |

# A M E N D E D   O R D E R

**AND NOW** this 5th day of December, 2016, **IT IS HEREBY ORDERED** that Anthony Mayo's motion filed pursuant to 28 U.S.C. § 2255 is **DENIED**. For the reasons set forth in the accompanying memorandum, the court declines to issue a certificate of appealability. The clerk of court is directed to close this file.

                                                        s/Sylvia Rambo
                                                        SYLVIA H. RAMBO
                                                        United States District Judge